# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 3, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

141154(72)(78)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SELESA ARROSIEUR LIKINE,
      Defendant-Appellant.

_____

SC:  141154
COA: 290218
Oakland CC: 2008-220669-FH

      On order of the Chief Justice, the motions by the Legal Services Association of Michigan and by Michigan criminal law professors for leave to file briefs *amicus curiae* in this case are considered an they are GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 3, 2011

_____
Clerk